```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02085
   REGINALD BARNES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6766

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/07/2007 and was confirmed 05/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/18/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED             568.00           .00         568.00
OCWEN LOAN SERVICING LLC   CURRENT MORTG          .00           .00            .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE         .00           .00            .00
ILLINOIS DEPARTMENT OF E   PRIORITY       NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY            69.00          2.81          69.00
INTERNAL REVENUE SERVICE   PRIORITY          2051.18         76.02        2051.18
CDA PONTIAC                UNSEC W/INTER     3219.00        320.48         366.34
CITY OF CHICAGO PARKING    UNSEC W/INTER      475.04         47.36          54.06
ASPIRE                     UNSEC W/INTER      591.73         58.92          67.34
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      633.88         63.11          72.13
MARAUDER CORP              UNSEC W/INTER NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      962.46         95.77         109.53
NICOR GAS                  UNSEC W/INTER NOT FILED            .00            .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00            .00
LARRY L HEARD              NOTICE ONLY   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER      223.13         24.83          25.35
PORTFOLIO RECOVERY         UNSEC W/INTER      279.74         26.57          20.59
JEFFERSON CAPITAL SYSTEM   FILED LATE         154.59           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,434.00                    2,557.58
TOM VAUGHN                 TRUSTEE                                         508.29
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               7,185.26

PRIORITY                                    2,120.18
    INTEREST                                   78.83
SECURED                                       568.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02085 REGINALD BARNES
```

```
UNSECURED                                                     715.34
     INTEREST                                                 637.04
ADMINISTRATIVE                                              2,557.58
TRUSTEE COMPENSATION                                          508.29
DEBTOR REFUND                                                    .00
                                       ----------------  ----------------
TOTALS                                       7,185.26         7,185.26
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
     Dated: 03/26/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```

                                PAGE   2
          CASE NO. 07 B 02085 REGINALD BARNES